UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENOMINEE INDIAN TRIBE OF WISCONSIN, </br></br> Plaintiff, </br></br> v. </br></br> UNITED STATES OF AMERICA, MICHAEL O. LEAVITT, Secretary of the Department of Health and Human Services, and CHARLES W. GRIM, Director of the Indian Health Service </br></br> Defendants. | Case Number: 1:07cv00812 </br></br> Hon. Richard W. Roberts |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that TAMARA ULRICH, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance in the above-captioned matter as a counsel of record for Defendants. Attached hereto is the Certificate of Familiarity required by Local Civil Rule 83.2(j).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SHEILA M. LIEBER
Deputy Branch Director

   /s/ Tamara Ulrich
TAMARA ULRICH (NY Bar)
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W.
P.O. Box 883
Washington, D.C.  20044
(202) 305-1432 ph
(202) 616-8470 fx


Attorneys for Defendants

## CERTIFICATE OF FAMILIARITY

Pursuant to Local Civil Rule 83.2(j), I hereby certify that I am personally familiar with the Local Rules of this Court.


Dated:   July 2, 2007                              /s/ Tamara Ulrich
                                                    TAMARA ULRICH