IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENOMINEE INDIAN TRIBE OF WISCONSIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> MICHAEL O. LEAVITT, Secretary ) <br> of the Department of Health and ) <br> Human Services, and CHARLES W. ) <br> GRIM, Director of the Indian Health ) <br> Service ) <br> ) <br> Defendants. ) <br> ) | Case Number: 1:07cv00812 <br><br> Hon. Richard W. Roberts |

**UNOPPOSED MOTION AND MEMORANDUM IN
SUPPORT OF MOTION FOR EXTENSION OF TIME**

Defendants United States of America, Michael O. Leavitt, Secretary of Health and Human Services, and Charles W. Grim, Director of the Indian Health Service ("IHS"), by and through counsel, respectfully move, pursuant to Fed. R. Civ. P. 6(b), for an enlargement of time, up to and including August 15, 2007, within which to answer or otherwise respond to Plaintiff's Complaint. In support of the instant motion, Defendants state as follows:

1. The Complaint was served on the office of the United States Attorney for the District of Columbia on May 7, 2007. Thus, Defendants' response to the Complaint would be due on July 6, 2007. Fed. R. Civ. P. 12(a)(3)(A).

2. According to the Complaint, Plaintiff is a federally recognized Indian tribe that operates public health facilities pursuant to agreements with the IHS under the Indian Self-Determination and Education Act, 25 U.S.C. § 450 *et seq.* In the Complaint, Plaintiff alleges that the Indian Health Service owes it additional contract support cost funding for 10 years –

from 1995 through 2004.  Compl. ¶ 25.

3. Because this case involves an analysis of contracts and payments made thereunder for a period of ten years, it involves extensive factual investigation.  Agency counsel will need sufficient time to gather and analyze the information necessary to respond to the Complaint.

4. In addition to the time necessary for agency counsel to perform the requisite factual investigation, undersigned counsel has only recently become aware of this matter and received the Complaint within the past week.  Therefore, additional time is necessary for counsel to familiarize herself with the factual and legal background of this case before an appropriate response to the Complaint can be prepared.

5. Plaintiff's counsel has represented that he has no objection to the requested extension of time.

6. This request is made in good faith and not for purposes of delay.

7. Defendants have not previously requested an enlargement of time in which to respond to the Complaint.

For the above reasons, Defendants respectfully request an extension of time until August 15, 2007 to file their response to the Complaint.

Dated:   July 2, 2007

                                              Respectfully submitted,

                                              PETER D. KEISLER
                                              Assistant Attorney General

                                              JEFFREY A. TAYLOR
                                              United States Attorney

                                              SHEILA M. LIEBER
                                              Deputy Branch Director

Of Counsel:                                           /s/ *Tamara Ulrich*

MARIAN C. NEALON                       TAMARA ULRICH (NY Bar)
CLAIRE D. DE CHAZAL                  Trial Attorney
Assistant Regional Counsel             U.S. Department of Justice, Civil Division
U.S. Department of Health and         Federal Programs Branch
   Human Services                        20 Massachusetts Ave., N.W.
Office of General Counsel, Region V    P.O. Box 883
233 North Michigan Avenue - Suite 700  Washington, D.C.  20044
Chicago, IL 60601                        voice: (202) 305-1432
voice: (312) 886-1693                   fax: (202) 616-8470
fax: (312) 886-1718

                                              Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENOMINEE INDIAN TRIBE OF WISCONSIN, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case Number: 1:07cv00812 |
| UNITED STATES OF AMERICA, ) MICHAEL O. LEAVITT, Secretary ) of the Department of Health and ) Human Services, and CHARLES W. ) GRIM, Director of the Indian Health ) Service ) ) | Hon. Richard W. Roberts |
| Defendants. ) ) | |

**ORDER**

Upon consideration of the Defendants' motion for an extension of time in which to file a Response to Plaintiff's Complaint, it is hereby

ORDERED, that the motion for an extension of time is GRANTED; and it is further

ORDERED, that Defendants shall have up to and including August 15, 2007 in which to respond to the Complaint.

Dated: _____

Richard W. Roberts
U.S. DISTRICT JUDGE