# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MENOMINEE INDIAN TRIBE** **OF WISCONSIN**         PLAINTIFF,       v. **UNITED STATES OF AMERICA,** **MICHAEL O. LEAVITT**, in his official capacity as Secretary, U.S. Department of Health & Human Services, **CHARLES W. GRIM,** in his official capacity as Director of the Indian Health Service       DEFENDANTS. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:07cv00812 Hon. Richard W. Roberts |

## MOTION TO APPEAR PRO HAC VICE

Plaintiff, by undersigned counsel, pursuant to Local Rule 83.2(d), respectfully moves this Court to admit Geoffrey D. Strommer *pro hac vice* for the limited purpose of appearing as co-counsel with the undersigned for the purpose of representing the Menominee Indian Tribe of Wisconsin in the above matter.

Mr. Strommer is a member in good standing of the Bar of the State of Oregon (# 93110), the U.S. District Courts for the Districts of Oregon and Arizona, the U.S. Courts of Appeals for the Ninth and Federal Circuits, the U.S. Supreme Court, and the Hopi Tribal Court Bar. Mr. Strommer has never been disciplined by any bar of any court. Mr. Strommer does not practice law from an office located in the District of Columbia, is not a member of the District Columbia Bar, and does not have an application for membership to the District of Columbia Bar pending. Mr. Strommer is familiar with the rules of this Court, the facts of this case, and the pleadings of this case.

Pursuant to Local Rule 7(m), Plaintiff's counsel contacted Defendants' counsel to determine Defendants' position on this motion. Defendants do not oppose this motion.

For the reasons set forth above, the Menominee Indian Tribe of Wisconsin respectfully requests that this Court grant this motion for Geoffrey D. Strommer to appear *pro hac vice* in all matters in this case.

Respectfully submitted,

F. Michael Willis (D.C. Bar No. 467462)
Hobbs, Straus, Dean & Walker, LLP
2120 L Street, N.W., Suite 700
Washington, D.C. 20037
Phone: (202) 822-8282
Counsel for Menominee Indian Tribe of Wisconsin

DATED: July 5, 2007

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MENOMINEE INDIAN TRIBE**<br>**OF WISCONSIN**<br><br>PLAINTIFF,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br>**MICHAEL O. LEAVITT**, in his official capacity<br>as Secretary, U.S. Department of Health &<br>Human Services, **CHARLES W. GRIM,**<br>in his official capacity as Director of the Indian<br>Health Service<br><br>DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:07cv00812<br><br>Hon. Richard W. Roberts |

## DECLARATION OF GEOFFREY D. STROMMER
## IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Geoffrey D. Strommer, declare as follows:

1. I am a member in good standing of the Oregon State Bar (# 93110), the U.S. District Courts for the Districts of Oregon and Oregon, the U.S. Courts of Appeals for the Ninth and Federal Circuits, the U.S. Supreme Court, and the Hopi Tribal Court.

2. I have never been disciplined by any bar of any court.

3. I have appeared as counsel *pro hac vice* in this Court in one other case within the last two years.

4. I do not practice law from an office located in the District of Columbia.

5. I am personally familiar with the Local Rules of this Court.

6. I am personally familiar with the facts, issues, and pleadings in the above

captioned case.

I declare under penalty of perjury under the laws of the District of Columbia that the

foregoing is true and correct and that this declaration was executed on July 5, 2007 in

Portland, Oregon.

Geoffrey D. Strommer
Hobbs, Straus, Dean & Walker, LLP
806 SW Broadway, Suite 900
Portland, OR 97205
Phone: (503) 242-1745

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MENOMINEE INDIAN TRIBE**<br>**OF WISCONSIN**<br><br>　　　PLAINTIFF,<br><br>　　v.<br><br>**UNITED STATES OF AMERICA,**<br>**MICHAEL O. LEAVITT**, in his official capacity<br>as Secretary, U.S. Department of Health &<br>Human Services, **CHARLES W. GRIM**,<br>in his official capacity as Director of the Indian<br>Health Service<br><br>　　　DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:07cv00812<br>)<br>)  Hon. Richard W. Roberts<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the Plaintiff's motion to admit Geoffrey D. Strommer *pro hac vice* for the purpose of appearing in the above matter, it is hereby

ORDERED, that the motion to admit Mr. Strommer *pro hac vice* is GRANTED.

Dated: _____        _____
　　　　　　　　　　　　　　　　　　　　Richard W. Roberts
　　　　　　　　　　　　　　　　　　　　U.S. District Judge