CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MENOMINEE INDIAN TRIBE OF WISCONSIN )
)
)
)
Plaintiff ) Civil Case Number 07-0812 (RBW)
)
v. )
) Category   C
UNITED STATES OF AMERICA, et al. )
)
)
)
Defendant )
)

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>July 31, 2007</u> from <u>Judge Richard W. Roberts</u> to <u>Judge Reggie B. Walton</u> by direction of the Calendar Committee.

(Reassigned as related to 02-2413)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc: <u>Judge Roberts</u> & Courtroom Deputy
<u>Judge Walton</u> & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk ✓