CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MENOMINEE INDIAN TRIBE   )
  OF WISCONSIN   )
                                         )
                                         )
                   Plaintiff   )
  v.   )        Civil Case Number 07-812 (RMC)
                                       )
                                       )        Category C
UNITED STATES OF AMERICA   )
       et al.   )
         Defendant   )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on August 22, 2007 from Judge Reggie B. Walton to Judge Rosemary M. Collyer by direction of the Calendar Committee.

(Not related to CA 02-2143 before Judge Walton; randomly reassigned.)

                                  JUDGE ELLEN SEGAL HUVELLE
                                  Chair, Calendar and Case
                                  Management Committee

cc:    Judge Collyer & Courtroom Deputy
        Judge Walton & Courtroom Deputy
        Liaison, Calendar and Case Management Committee
        Civil Case Processing Clerk