UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MENOMINEE INDIAN TRIBE** | ) | |
| **OF WISCONSIN,** | ) | |
| | ) | |
|       **Plaintiff,** | ) | |
| | ) | |
|       v. | ) | Civil Action No. 07-00812 (RMC) |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **MICHAEL O. LEAVITT,** Secretary | ) | |
| of the Department of Health and | ) | |
| Human Services, and **CHARLES W.** | ) | |
| **GRIM,** Director of the Indian Health | ) | |
| Service | ) | |
| | ) | |
|       **Defendants.** | ) | |
| _____ | ) | |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO REPOND TO DEFENDANTS' MOTION TO DISMISS

    Plaintiff, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time of fourteen (14) days, up to and including September 10, 2007, in which to respond to the Defendants' Motion to Dismiss in this action.  Plaintiff's response would otherwise be due on August 27, 2007.  Plaintiff seeks this enlargement on the following grounds.  Plaintiff's counsel F. Michael Willis had long-standing travel commitments and was away when Defendant's Motion to Dismiss was filed and requires additional time to complete the response.  Enlargement is also required because Plaintiff's co-counsel Geoffrey Strommer, for whom a motion for admission *pro hac vice* is pending before the

court, is out of the country until August 30, 2007 and will be unable to review Defendants' motion or participate in preparing a response until after that date.

This is the first enlargement requested by Plaintiff in this matter. As there are no other pending deadlines, this enlargement will not affect any previously scheduled deadlines in this matter.

Pursuant to Local Rule 7(m), plaintiff's counsel contacted defendants' counsel to ascertain Defendants' position on this motion. Defendants do not oppose this motion. For these reasons, and to ensure that the Plaintiff has sufficient time to prepare the response to Defendants' motion to dismiss, Plaintiff respectfully requests that this motion for enlargement of time to respond to Defendants' Motion to Dismiss be granted.

A proposed order granting the relief sought is attached hereto.

                                          Respectfully submitted,

                                          /s/_____
                                      F. Michael Willis (D.C. Bar No. 467462)
                                      HOBBS, STRAUS, DEAN & WALKER, LLP
                                      2120 L Street, N.W., Suite 700
                                      Washington, D.C. 20037
                                      Phone: (202) 822-8282

                                      Counsel for Menominee Indian Tribe of Wisconsin

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MENOMINEE INDIAN TRIBE OF WISCONSIN,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA, MICHAEL O. LEAVITT, Secretary of the Department of Health and Human Services, and CHARLES W. GRIM, Director of the Indian Health Service** )<br>)<br>)<br>)<br>)<br>)<br>**Defendants.** )<br>_____) | Civil Action No. 07-00812 (RMC) |

## ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of _____, 2007

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that Plaintiff shall have up to and including September 10, 2007 in which to respond to Defendant's Motion to Dismiss.


Date _____                    _____
                                             Rosemary M. Collyer
                                             UNITED STATES DISTRICT JUDGE