IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENOMINEE INDIAN TRIBE OF WISCONSIN, </br></br> Plaintiff, </br></br> v. </br></br> UNITED STATES OF AMERICA, MICHAEL O. LEAVITT, Secretary of the Department of Health and Human Services, and CHARLES W. GRIM, Director of the Indian Health Service </br></br> Defendants. | Case Number: 1:07cv00812 </br></br> Hon. Rosemary M. Collyer |

**UNOPPOSED MOTION AND MEMORANDUM IN
SUPPORT OF MOTION FOR EXTENSION OF TIME**

    Defendants United States of America, Michael O. Leavitt, Secretary of Health and Human Services, and Charles W. Grim, Director of the Indian Health Service ("IHS"), by and through counsel, respectfully move, pursuant to Fed. R. Civ. P. 6(b), for an enlargement of time, up to and including September 25, 2007, within which to file their reply memorandum in support of their motion to dismiss. In support of the instant motion, Defendants state as follows:

    1.    Defendants filed a motion to dismiss on August 15, 2007.

    2.    After receiving an extension of time, Plaintiff filed its opposition to the motion to dismiss on September 10, 2007. Plaintiff's 45-page opposition raised many detailed arguments, which Defendants will address in their reply memorandum.

    3.    Undersigned counsel has been engaged in other pressing litigation matters that have taken up much of her time. Specifically, counsel has been engaged in settlement

negotiations in another matter, which required traveling to Miami, Florida for court-ordered mediation on September 10 and 11, 2007. Counsel returned to the office on September 12, 2007, and has continued to actively participate in ongoing settlement negotiations in that case.

4. The extension sought is a brief extension of three business days, is made in good faith, and will not unduly delay this matter.

5. Plaintiff's counsel has represented that he has no objection to the requested extension of time.

For the above reasons, Defendants respectfully request an extension of time until August 15, 2007 to file their reply memorandum.

Dated:   September 18, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SHEILA M. LIEBER
Deputy Branch Director

Of Counsel:

     /s/ *Tamara Ulrich*
MARIAN C. NEALON                TAMARA ULRICH (NY Bar)
CLAIRE D. DE CHAZAL             Trial Attorney
Assistant Regional Counsel      U.S. Department of Justice, Civil Division
U.S. Department of Health and   Federal Programs Branch
   Human Services               20 Massachusetts Ave., N.W.
Office of General Counsel, Region V   P.O. Box 883
233 North Michigan Avenue - Suite 700   Washington, D.C.  20044
Chicago, IL 60601               voice: (202) 305-1432
voice: (312) 886-1693           fax: (202) 616-8470
fax: (312) 886-1718

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENOMINEE INDIAN TRIBE OF WISCONSIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>MICHAEL O. LEAVITT, Secretary )<br>of the Department of Health and )<br>Human Services, and CHARLES W. )<br>GRIM, Director of the Indian Health )<br>Service )<br>)<br>Defendants. )<br>) | Case Number: 1:07cv00812<br><br>Hon. Rosemary M. Collyer |

**ORDER**

Upon consideration of the Defendants' motion for an extension of time in which to file a reply in support of their motion to dismiss, it is hereby

ORDERED, that the motion for an extension of time is GRANTED; and it is further

ORDERED, that Defendants shall have up to and including September 25, 2007 in which to file a reply memorandum in support of the motion to dismiss.

Dated: _____

                                                                                     Hon. Rosemary M. Collyer
                                                                                     U.S. DISTRICT JUDGE