IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MENOMINEE INDIAN TRIBE OF WISCONSIN, ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES OF AMERICA, ) MICHAEL O. LEAVITT, Secretary ) of the Department of Health and ) Human Services, and CHARLES W. ) GRIM, Director of the Indian Health ) Service ) ) Defendants. ) ) | Case Number: 1:07cv00812<br><br>Hon. Rosemary M. Collyer |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please take notice that by this filing, trial attorney Hannah Chanoine of the United States Department of Justice, Civil Division, Federal Programs Branch, enters her appearance as co-counsel on behalf of Defendants Michael O. Leavitt, Secretary of the Department of Health and Human Services, and Charles W. Grim, Director of the Indian Health Service, in the above-captioned case. Ms. Chanoine's telephone and facsimile numbers and electronic mail address are listed below:

>Hannah Chanoine
>(202) 305-2318 (tel)
>(202) 616-616-8202 (fax)
>hannah.chanoine@usdoj.gov

Dated: March 6, 2008                        Respectfully submitted,

                                            JEFFREY S. BUCHOLTZ

(Acting) Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

 */s/ Hannah Chanoine*
Hannah Chanoine
Trial Attorney
Federal Programs Branch
Civil Division
United States Department of Justice
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530