# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MENOMINEE INDIAN TRIBE OF WISCONSIN,** ) ) ) ) **Plaintiff,** ) ) v. ) ) **UNITED STATES OF AMERICA,** *et al.***,** ) ) **Defendants.** ) ) | Civil Action No. 07-812 (RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that Defendants' Motion to Dismiss [Dkt. # 6] is **GRANTED** as it relates to 1995 through 1998 CSC funding; and it is

**FURTHER ORDERED** that Defendants' Motion to Dismiss [Dkt. # 6] is **DENIED** as it relates to 1998 through 2004 CSC funding.

**SO ORDERED**.

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

Date: March 14, 2008