## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MENOMINEE INDIAN TRIBE**<br>**OF WISCONSIN,**<br><br>    PLAINTIFF,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br>**MICHAEL O. LEAVITT**, Secretary of the<br>Department of Health & Human Services, and<br>**CHARLES W. GRIM**, Director of the<br>Indian Health Service,<br><br>    DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:07cv00812<br><br>Hon. Rosemary M. Collyer |

### JOINT REPORT OF PARTIES IN LIEU OF RULE 16 SCHEDULING REPORT

On June 23, 2008, this Court issued its Order for an Initial Scheduling Conference to be held on July 14, 2008. The court further ordered that a Rule 16 Scheduling Report be filed no later than 72 hours prior to that conference. The Menominee Tribe of Wisconsin and the United States hereby file this joint report to the court as ordered.

After conferring the parties have agreed to attempt to work out a stipulation to bring the case to a final judgment so the plaintiff may file an appeal. The stipulation will include an agreement to dismiss certain claims. Therefore at this time, the parties agree that a Rule 16 scheduling report and order is not necessary. The parties ask that they be given until August 8 to file a stipulation and proposed order for the court's consideration. In the event that the parties cannot reach agreement on a stipulation, the parties will present a Rule 16 Scheduling Report on August 12.

In addition, the parties request that the conference scheduled for July 14 be postponed until the parties have filed the stipulation since there will likely be no need to work out a

future schedule for continuation of the case.  In the alternative, we suggest that the parties and the Court confer by teleconference which the plaintiff can set up.

        Respectfully submitted,

        /s/
F. Michael Willis (D.C. Bar No. 467462)

        /s/
Geoffrey Strommer

HOBBS, STRAUS, DEAN & WALKER, LLP
2120 L Street, NW, Suite 700
Washington, DC  20037
202-822-8282 (Tel.)
202-296-8834 (Fax)

Attorneys for the Menominee Indian Tribe
of Wisconsin


GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SHEILA M. LIEBER
Deputy Branch Director

/s/ Tamara Ulrich
TAMARA ULRICH (NY Bar)
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W.
P.O. Box 883
Washington, D.C. 20044
voice: (202) 305-1432
fax: (202) 616-8470

Attorneys for Defendants