UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MENOMINEE INDIAN TRIBE OF WISCONSIN,**       ) ) )  PLAINTIFF,                     ) ) v.                                    ) ) **UNITED STATES OF AMERICA,** et al.,  ) ) DEFENDANTS.                  ) ) | Case No.: 1:07cv00812  Hon. Rosemary M. Collyer |

MOTION FOR EXTENSION OF TIME TO FILE A
JOINT STIPULATION OR RULE 16 REPORT

Plaintiff, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectively moves for an extension of time of fourteen (14) days, up to and including August 22, 2008, in which to file a Joint Stipulation regarding the case or up to and including August 26, 2008, in which to file a Rule 16 Report.

The basis for the request is to allow counsel for the Plaintiff to consider the impact of a July 28, 2008 ruling by the Civilian Board of Contract Appeals on several contract support cost cases similar to that filed by the Menominee Indian Tribe. *Metlakatla Indian Community v. Deapt. of Health and Human Services*, CBCA Dkt. Nos. 181-ISDA, 279-282-ISDA (Order July 28, 2008); *Confederated Tribes of Coos, Lower Umpqua & Suislaw Indian v. Dept. of Health and Human Services*, CBCA Dkt. Nos. 171-ISDA, 235-237-ISDA (Order July 28, 2008); *Artic Slope Native Association, Ltd., v. Dept of Health and Human Services,* Dkt. Nos. 190-ISDA, 289-297-ISDA (Order July 28, 2008). Counsel will also need to confer with the Tribe to discuss further options on how to proceed.

Pursuant to Local Civil Rule 7(m), undersigned counsel has conferred with counsel for the Defendants. Defendants' counsel has stated she has no objection to this motion.

Plaintiff respectfully requests that the extension of time of fourteen (14) days in which to file a Joint Stipulation regarding the case or, in the alternative, to file a Rule 16 Report.

                                        Respectfully submitted,

                                        /s/
                                        F. Michael Willis (D.C. Bar No. 467462)

                                        /s/
                                        Geoffrey Strommer

                                        HOBBS, STRAUS, DEAN & WALKER, LLP
                                        2120 L Street, NW, Suite 700
                                        Washington, DC  20037
                                        202-822-8282 (Tel.)
                                        202-296-8834 (Fax)

                                        Attorneys for the Menominee Indian Tribe
                                        of Wisconsin

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MENOMINEE INDIAN TRIBE** ) <br> **OF WISCONSIN,** ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> **UNITED STATES OF AMERICA,** et al., ) <br> ) <br> DEFENDANTS. ) <br> ) | Case No.: 1:07cv00812 <br><br> Hon. Rosemary M. Collyer |

**ORDER**

UPON CONSIDERATION of Plaintiff's Consent Motion for Extension of Time, the merits thereof, and for good cause shown, it is this _____ day of _____, 2008

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that Plaintiff shall have up to and including August 22, 2008, in which to file a Joint Stipulation, or up to and including August 26, 2008, in which to file a Rule 16 Report.


Date _____       _____
                                                         UNITED STATES DISTRICT JUDGE