# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MENOMINEE INDIAN TRIBE** ) <br> **OF WISCONSIN,** ) <br> ) <br> PLAINTIFF, ) <br> ) Case No.: 1:07cv00812 <br> v. ) <br> ) Hon. Rosemary M. Collyer <br> **UNITED STATES OF AMERICA,** et al., ) <br> ) <br> DEFENDANTS. ) <br> ) | |

### CONSENT MOTION FOR EXTENSION OF TIME TO FILE A
### JOINT STIPULATION OR RULE 16 REPORT

Plaintiff, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectively moves for an extension of time of thirty (30) days, up to and including September 22, 2008, in which to file a Joint Stipulation regarding the case or up to and including September 25, 2008, in which to file a Rule 16 Report.

The basis for the request is to allow counsel for the Plaintiff to obtain additional information from Defendant to determine the availability of contract support costs funds from the relevant cap years. Pursuant to Local Civil Rule 7(m), undersigned counsel has conferred with counsel for the Defendants. Defendants' counsel has stated she has no objection to this motion.

Plaintiff respectfully requests that the extension of time of thirty (30) days in which to file a Joint Stipulation regarding the case or, in the alternative, to file a Rule 16 Report.

Respectfully submitted,

_____/s/_____
F. Michael Willis (D.C. Bar No. 467462)

_____/s/_____
Geoffrey Strommer

HOBBS, STRAUS, DEAN & WALKER, LLP
2120 L Street, NW, Suite 700
Washington, DC 20037
202-822-8282 (Tel.)
202-296-8834 (Fax)

Attorneys for the Menominee Indian Tribe
of Wisconsin

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MENOMINEE INDIAN TRIBE** ) <br> **OF WISCONSIN,** ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> **UNITED STATES OF AMERICA,** et al., ) <br> ) <br> DEFENDANTS. ) <br> ) | Case No.: 1:07cv00812 <br><br> Hon. Rosemary M. Collyer |

**ORDER**

UPON CONSIDERATION of Plaintiff's Consent Motion for Extension of Time, the merits thereof, and for good cause shown, it is this _____ day of _____, 2008

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that Plaintiff shall have up to and including September 22, 2008, in which to file a Joint Stipulation, or up to and including September 25, 2008, in which to file a Rule 16 Report.


Date _____          _____
                                       UNITED STATES DISTRICT JUDGE